FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D. N.Y

★ MAY 10, 2018 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STELLA FELDMAN, on behalf of herself and all
others similarly situated,

                          Plaintiffs,

            -against-

ALLTRAN FINANCIAL, LP

                          Defendant.

Case No.  1:18-cv-00666-WFK-RER

**NOTICE OF VOLUNTARY**
**DISMISSAL**

        IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with

prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
          May 2, 2018

                                        Respectfully submitted,

                                        By: /s/ Daniel Cohen
                                        Daniel Cohen, Esq.
                                        Daniel Cohen PLLC
                                        300 Cadman Plaza W, 12th floor
                                        Brooklyn, New York 11201
                                        Phone: (646) 645-8482
                                        Fax:    (347) 665-1545
                                        Email: Dan@dccohen.com
                                        *Attorneys for Plaintiff*

The application is granted, denied.
SO ORDERED.

/s/ USDJ WILLIAM F. KUNTZ, II
William F. Kuntz, II, U.S.D.J.
Dated: May 9, 2018
      Brooklyn, New York